DOCKET NO. 841 -- In re Boardroom Business Products, Inc., Securities Litigation

| | | |
|---|---|---|
| 90/02/28 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-5), CERT. OF SERVICE -- filed by McGladrey & Pullen -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK (cds) |
| 90/03/12 | | APPEARANCES -- PATRICIA D. GUGIN, ESQ. for Frederick G. Appleton; DANIEL L. BERGER, ESQ. for Solar Group S.A.; BARRY FALLICK, ESQ. for South Bend Lathe, Inc. and Omni Micro, Inc.; JERRY L. TRITZ, ESQ. for John Levy; DAVID E. KENDALL, ESQ. for McGladrey & Pullen, Steven Goldberg and Rick G. Sayre; RICHARD W. COHEN, ESQ. for Eastlake Securities, Inc.; NANCY E. BARTON, ESQ. for John W. Vennstra, Joan Nagelkirk, Kevin J. Quinn, Donald C. Corl and Nancy Singley; BRUCE A. BUTCHER, ESQ. for A. Evans dba Evergreen Advisory Mgmt, et al.; STELLMAN KEEHNEL, ESQ. for Ladenburg, Thalmann & Co. (ds) |
| 90/03/13 | | APPEARANCES -- DOUGLAS R. JENSEN, ESQ. for Gilford Securities, Inc. and DANIEL LEVITT, ESQ. for Weinberg, Zipser, Arbiter, Heller & Quinn (ds) |
| 90/03/16 | 2 | RESPONSE (to pldg. #1) -- pltfs. Epifano, Appleton and Solar Group w/cert. of svc. (ds) |
| 90/03/16 | | APPEARANCE -- DENNIS V. MENKE, ESQ. for Boardroom Business Products, Inc. (ds) |
| 90/03/19 | 3 | RESPONSE (to pldg. #1) -- pltfs. A. Evans d/b/a Evergreen Advisory Mgmt, et al. w/cert. of svc. (ds) |
| 90/03/19 | | APPEARANCE -- LANCE A. BREWER, ESQ. for J. Richard Boulis, Pat Reid, Gary C. Belting and John N. Van Otterloo (ds) |
| 90/03/20 | 4 | FURTHER AVERMENTS OF EASTLAKE SECURITIES, INC./MEMORANDUM (to pldg. #1) -- Eastlake Securities, Inc. w/Exhibits A thru F and cert. of svc. (ds) |
| 90/03/20 | 5 | RESPONSE, DECLARATION OF JON S. KOTTKE, REQUEST FOR JUDICIAL NOTICE w/Exhibits A thru F (to pldg. #1) -- Boardroom Business Products, Inc. w/cert. of svc. (ds) |
| 90/03/20 | 6 | MEMORANDUM (to pldg. #1) -- Eastlake Securities, Inc. w/cert. of svc. (ds) |
| 90/04/03 | 7 | REPLY -- McGladrey & Pullen -- w/cert. of svc. (received 4/2/90) (rh) |
| 90/04/09 | | HEARING ORDER -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |

JPML FORM 1A       p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 841 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/04/24 |   | ORDER CORRECTING SCHEDULE OF MATTERS ATTACHED TO HEARING ORDER FILED ON APRIL 9, 1990 -- A-1 Boardroom Business Products, Inc. v. Omni Micro, Inc., et al., C.D. Cal., Adv. No. SA89-0553-JR -- Notified involved clerks, judges and counsel  (ds) |
| 90/05/30 |   | HEARING APPEARANCES -- DAVID E. KENDALL, ESQ. for McGladrey & Pullen, Steven Goldberg and Rick G. Sayre; RICHARD W. COHEN, ESQ. for Eastlake Securities, Inc.; BRUCE A. BUTCHER, ESQ. for A. Evans  (ds) |
| 90/05/30 |   | WAIVERS OF ORAL ARGUMENT -- Solar Group, S.A.; Boardroom Business Products, Inc.; Frederic G. Appleton; Ladenburg, Thalmann & Co., Inc.; John Levy; South Bend Lathe, Inc.; Omni Micro, Inc.; Emmy Lou (Kelly) Epifano; J. Richard Boulis; Pat Reid; Gary C. Beltin; John N. Van Otterloo; Gilford Securities, Inc.; John W. Veenstra; Joan Nagelkirk; Kevin J. Quinn; Donald C. Corl and Nancy Singley  (ds) |
| 90/06/11 | 8 | STATUS REPORT OF A. EVANS -- filed by pltf. A. Evans w/attachments and cert. of svc.  (ds0 |
| 90/06/27 |   | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable Manuel L. Real (ds) |
| 90/06/27 |   | TRANSFER ORDER -- transferring A-2 thru A-5 to the Central District of California for pretrial proceedings -- Notified involved counsel, clerks, judges and misc. recipients (ds) |
| 90/09/13 |   | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Veenstra, et al., N.D. Indiana, C.A. No. S89-00283 -- Notified involved counsel and judges (rh) |
| 90/09/28 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-6 Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Veenstra, et al., N.D. Indiana, C.A. No. S89-00283 -- Notified involved counsel and judges (rh) |
| 90/10/10 | 10 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. Comdisco, Inc., et al. in B-6 Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Veenstra, et al. -- w/cert. of svc. (received 9/28/90) (rh) |
| 90/10/11 |   | HEARING ORDER -- setting opposition of plaintiffs Comdisco, Inc., et al. to transfer of B-6 for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |

JPML FORM 1A

DOCKET ENTRIES

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 841 -- In re Boardroom Business Products, Inc., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/15 | 11 | RESPONSE -- (to pldg. #10) Omni Micro, Inc. and South Bend Lathe, Inc. -- w/cert. of svc. (received 10/15/90) (rh) |
| 90/10/18 | 12 | REPLY -- Comdisco, Inc., et al. -- w/cert. of svc. (received 10/18/90) (rh) |
| 90/11/16 | | WAIVERS OF ORAL ARGUMENT -- (For hearing in Sioux Falls, South Dakota on 11/16/90) ALL WAIVE (rh) |
| 90/11/23 | | ORDER -- **Transferring B-6 Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Veenstra, et al., N.D. Indiana, C.A. No. S89-00283 to the Central District of California and separating and remanding the claims in the complaint to N.D. Indiana for further proceedings** -- notified involved judges, clerks, counsel and Panel judges (cdm) |
| 90/12/11 | 13 | MOTION FOR RECONSIDERATION -- South Bend Lathe, Inc. -- w/brief and cert. of svc.  (sg) |
| 90/12/17 | 14 | BRIEF (to pldg. #13) -- filed by Comdisco, Inc. and The CIT Group/Equipment Financing, Inc. w/cert. of svc. (ds) |
| 91/01/31 | | ORDER -- denying motion for reconsideration of B-6 Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Vennstra, et al., N.D. Indiana, C.A. No. S89-00283 -- Notified involved clerk, judges and counsel  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 841 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Boardroom Business Products, Inc., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 27, 1990 | TO | Unpublished | C.D. California | Manuel L. Real | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1                      LISTING OF INVOLVED ACTIONS            C.D. CALIFORNIA

DOCKET NO. 841 -- In re Boardroom Business Products, Inc., Securities Litigation     MANUEL L. REAL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Boardroom Business Products, Inc. v. Omni Micro, Inc., et al. | Cal.,C. Ryan | Adv # SA89-553-JR | | 90-6870 | JS6 6/15/92 | |
| A-2 | A. Evans dba Evergreen Advisory Mgmt, et al. v. Eastlake Securities, Inc., etc. v. John W. Veenstra, et al. | Wash.,W. Rothstein | Civ.89-1325-BR | 6/27/90 | 90-5926 | JS-6 3/23/92 | |
| A-3 | Emmy Lou (Kelly) Epifano v. Boardroom Business Products, Inc., et al.; and Eastlake Securities, Inc. v. McGladrey & Pullen | N.Y.,S. Cedarbaum | 89 Civ. 0412 | 6/27/90 | 90-5927 | JS-6 1/15/92 | |
| A-4 | Frederick G. Appleton v. John W. Veenstra, et al. v. Omni Micro, Inc., et al. | N.Y.,S. Cedarbaum | 89 Civ. 1352 | 6/27/90 | 90-5928 | Tried -10/22/91 | |
| A-5 | Solar Group S.A. v. Eastlake Securities, Inc., et al. | N.Y.,S. Cedarbaum | 89 Civ. 2928 | 6/27/90 | 90-5929 | JS6 -1/15/92 | |
| | July 1990 - 4 TR / 1 x42/5 Pending | | | | | | |
| B-6 | Comdisco, Inc., et al. v. Omni Micro, Inc. and South Bend Lathe, Inc. v. John W. Veenstra, et al. 9-13-90 Opposed 9/28/90 | Ind.,N. Miller | S89-00283 | 11/23/90 | 90-6518 | JS-6 2/10/92 | Denied |
| | July 1991 - / TR /6 | | | | | | |
| | July 1992 - 6 Dism. /1 Pending    Litigation Closed | | | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 841 -- In re Boardroom Business Products, Inc., Securities Litigation

---

**BOARDROOM BUSINESS PRODUCTS, INC. (A-1) (also deft.)**
Dennis V. Menke, Esquire
Menke, Fahrney & Carrol
650 Town Center Drive
Suite 1850
Costa Mesa, CA  92626

**A. EVANS dba EVERGREEN ADVISORY MGMT, ET AL. (A-2)**
Bruce A. Butcher, Esquire
Butcher & Williams, P.S.
Suite 3827
1001 Fourth Avenue Plaza
Seattle, WA  98154

**EMMY LOU (Kelly) EPIFANO (A-3)**
Patricia D. Gugin, Esquire
Berger & Montague
1622 Locust Street
Philadelphia, PA  19103

**FREDERICK G. APPLETON (A-4)**
Dennis J. Johnson, Esquire
Zlotnick & thomas
301 City Avenue
Bala Cynwyd, PA  19004

**SOLAR GROUP S.A. (A-5)**
Daniel L. Berger, Esquire
Bernstein, Litowitz, Berger & Grossmann
1285 Avenue of the Americas
New York, NY  10019

**SOUTH BEND LATHE, INC.**
**OMNI MICRO, INC.**
Barry Fallick, Esquire
Rochman, Platzer, Fallick & Rosmarin
666 Third Avenue
New York, NY  10017

**JOHN LEVY**
Jerry L. Tritz, Esquire
Frankel, Pariser, Rudder & Tritz
361 Broadway, Suite 500
New York, NY  10013

**MCGLADREY & PULLEN**
**STEVEN GOLDBERG**
**RICK G. SAYRE**
David E. Kendall, Esquire
Williams & Connolly
839 17th Street, N.W.
Washington, D.C.  20006

**EASTLAKE SECURITIES, INC.**
Richard W. Cohen, Esquire
275 Madison Avenue
Suite 3500
New York, NY  10016-1101

**JOHN W. VENNSTRA**
**JOAN NAGELKIRK**
**KEVIN J. QUINN**
**DONALD C. CORL**
**NANCY SINGLEY**
Nancy E. Barton, Esquire
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 841 -- _____

---

J. RICHARD BOULIS
PAT REID
GARY C. BELTING
JOHN N. VAN OTTERLOO

Lance A. Brewer, Esquire
Brewer & Brewer
316 W. Fourth Street
Second Floor
Santa Ana, CA  92701

GILFORD SECURITIES, INC.

Douglas R. Jensen, Esquire
Gaston & Snow
666 Fifth Avenue
New York, NY  10103

LADENBURG THALMANN & CO., INC.
Stellman Keehnel, Esquire
Foster, Pepper & Shefelman
1111 Third Avenue
Seattle, WA  98101

WEINBERG, ZIPSER, ARBITER, HELLER & QUINN

Daniel Levitt, Esquire
Reid & Priest
40 West 57th Street
New York, NY  10019-4097


COMDISCO, INC., ET AL. (B-6)
Timothy J. Abeska, Esq.
Greta R. Lewis, Esq.
Roemer & Mintz
1400 Society Bank Building
South Bend, Indiana  46601


SOUTH BEND LATHE, INC.
(3rd Party Pltf. in B-6)
John W. Van Laere, Esq.
1800 Valley American Bank Building
Post Office Box 4577
South Bend, Indiana  46634-4577

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 841 -- In re Boardroom Business Products, Inc., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Omni Micro, Inc. | A-1 A-2 A-3 A-4 A-5, A-6 |
| John A. Levy | A-1 A-2 A-3 A-4 A-5 |
| South Bend Lathe, Inc. | A-1 A-2 A-3 A-4 A-5, A-6 |
| J. Richard Boulis | A-1 |
| Pat Reid | A-1 |
| Gary C. Belting | A-1 |
| John N. Van Otterloo | A-1 |
| McGladrey, Hendrickson & Pullen | A-1 A-2 A-4 A-5 |
| Steven Goldberg | A-1 |
| Rick Sayre | A-1 |
| Eastlake Securities, Inc. | A-2 A-3 A-4 A-5 |

p. 2

| | |
|---|---|
| John W. Veenstra | A-2  A-3  A-4  A-5, B-6 |
| Joan Nagelkirk | A-2  A-3  A-4  A-5, B-6 |
| Kevin J. Quinn | A-2  A-3  A-4  A-5 |
| Donald C. Corl | A-2  A-3  A-4  A-5 |
| Ladenburg Thalmann & Co., Inc. | A-2 |
| Gilford Securities Inc. | A-2 |
| Boardroom Business Products, Inc. | A-3 |
| Nancy Singley | A-4 |
| Weinberg, Zipser, Arbiter, Heller & Quinn | |
| | |
| | |